1  Ronald Wilcox, Esq., 176601
   2160 The Alameda, First Floor, Suite F
2  San Jose, CA 95126
   Tel: (408) 296-0400
3  Fax: (408) 296-0486                    ***E-FILED 11/17/06***

4  **ATTORNEY FOR PLAINTIFF**

5              **UNITED STATES DISTRICT COURT**
               **NORTHERN DISTRICT OF CALIFORNIA**
6                     **SAN JOSE DIVISION**

7  BARBARA VENTURA,                )
                                    )   **STIPULATION TO REMAND**
8         Plaintiff,                )   **AND AMEND COMPLAINT**
                                    )   **and [PROPOSED] ORDER**
9  v.                               )
                                    )   **06-06720 RMW**
10 MBNA AMERICA BANK, et al.        )
                                    )
11        Defendants.               )   **HON. RONALD M. WHYTE**
                                    )
12 _____

13    The parties hereby stipulate to remand the above-captioned action to the Santa Clara

14 County Superior Court. The plaintiff does not have causes of action under federal law, thus

15 remand is appropriate.

16    The parties also stipulate that the attached Amended Complaint shall be the operative

17 complaint. Defendant Bank of America, N.A. (USA), sued as MBNA America Bank, hereby

18 accepts service of the attached Amended Complaint and shall have 30-days to file a responsive

19 pleading.

20

21

22 Dated: 11/11/06              /s/Ronald Wilcox
                                Ronald Wilcox
23                              Attorney for Plaintiff

24 Dated:                       /s/Tamara Rudolph
                                Tamara Rudolph,
25                              Attorney for Defendant Bank of America, N.A.
                                (USA) sued as MBNA America Bank

1
2
[PROPOSED] ORDER

3
Pursuant to the parties stipulation this matter is remanded to the Santa Clara County
4
Superior Court.

5
Date:    11/17/06
6
7
 /s/ Ronald M. Whyte
_____
HON. RONALD M. WHYTE
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25