Ronald Wilcox, Esq., 176601
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486

***E-FILED 11/17/06***

**ATTORNEY FOR PLAINTIFF**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| BARBARA VENTURA,       ) <br>      ) <br>    Plaintiff,    ) <br>      ) <br> v.      ) <br>      ) <br> MBNA AMERICA BANK, et al.    ) <br>      ) <br>      ) <br>    Defendants.    ) <br>      ) | **STIPULATION TO REMAND** <br> **AND AMEND COMPLAINT** <br> **and [PROPOSED] ORDER** <br><br> **06-06720 RMW** <br><br><br> **HON. RONALD M. WHYTE** |

     The parties hereby stipulate to remand the above-captioned action to the Santa Clara County Superior Court.  The plaintiff does not have causes of action under federal law, thus remand is appropriate.

     The parties also stipulate that the attached Amended Complaint shall be the operative complaint.  Defendant Bank of America, N.A. (USA), sued as MBNA America Bank, hereby accepts service of the attached Amended Complaint and shall have 30-days to file a responsive pleading.


Dated: 11/11/06                 /s/Ronald Wilcox
                                  Ronald Wilcox
                                  Attorney for Plaintiff

Dated:                         /s/Tamara Rudolph
                                  Tamara Rudolph,
                                  Attorney for Defendant Bank of America, N.A.
                                  (USA) sued as MBNA America Bank

1

2

[PROPOSED] ORDER

3
    Pursuant to the parties stipulation this matter is remanded to the Santa Clara County

4
Superior Court.

5

6
Date:      11/17/06

7
 /s/ Ronald M. Whyte
_____
HON. RONALD M. WHYTE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25